## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                   **NO. 4:07CR00254-01 GTE**

**DESHEA HAWKINS**

## ORDER AND JUDGMENT

Pending before the Court are the Motions to Revoke Supervised Release filed June 13, 2011, August 8, 2011 and August 10, 2011.  On August 11, 2011, these Motions were heard before the Hon. G. Thomas Eisele.  Present were AUSA Jana Harris, AFPD Chris Tarver, Mr. Hawkins  and USPO Jason Stewart.  The Defendant admitted to some of the allegations contained in the Violation Memorandum and denied some of the allegations.  The Court did not hold Defendant responsible for the violations he denied.  The Court ruled that the Defendant had violated the terms of his Supervised Release and GRANTED the Motions to Revoke.

IT IS THEREFORE ORDERED that the Motions to Revoke be, and they are hereby, GRANTED and the supervised release of the Defendant is revoked.

IT IS FURTHER ORDERED that the Defendant is sentenced to **SIX (6) Months in the Bureau of Prisons with no Supervised Release to follow**.  Defendant shall report to the designated institution on September 12, 2011, by 2:00 p.m. or if he cannot report to the institution, he should report to the United States Marshal for this District by 2:00 p.m. on that day.  The Court recommends that the Defendant be designated to the Forrest City, Arkansas Facility.  Defendant remains under the same conditions as previously imposed until his reporting date.  The remaining balance on Defendant's Special Assessment of $150.27 is reimposed.

IT IS SO ORDERED, this 15th day of August, 2011.

    /s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE